UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-11872 |
| | ) | |
| TERRI MONIQUE STEVENSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |

**MOTION OF TRUSTEE FOR ORDER ON DEBTOR TO TURN OVER FUNDS**

Richard A. Baumgart, the Trustee herein, respectfully moves this Court for an Order directing the Debtor, to turn over to him the remaining non-exempt funds from the Debtor's 2011 Federal tax refund, and further in support thereof states as follows:

1. The within Bankruptcy Case was commenced by the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the U.S. Code on March 14, 2012 (the "Petition Date").

2. The relief sought by the Trustee as Movant is within the core matter jurisdiction of this Court pursuant to 28 U.S.C. §157(b)(2)(A), (B), (E) and (O).

3. At the time of the commencement of the Bankruptcy Case, the Debtor was entitled to a refund for her 2011 Federal income taxes in the amount of $5,502.00, which after the Earned Income Tax Credit of $78.00 and the Additional Child Tax Credit of $559.00, resulted in a net refund of $4,865.00 (the "Refund").

4. The Debtor claimed exemptions in the Refund in the amount of $567.00.

5. To date, the Debtor has paid $4,000.00 to the Trustee, leaving a balance due of $298.00.

6. The outstanding balance of $298.00 is property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541 and must be turned over to the Trustee pursuant to 11 U.S.C. § 542.

WHEREFORE, your Trustee prays that the within Motion be granted, and that the Debtor be ordered to turn over to the Trustee the sum of $298.00.

/s/ Patrick A. Hruby
Patrick A. Hruby (#0085107)
DETTELBACH, SICHERMAN & BAUMGART
1100 Ohio Savings Plaza
1801 East 9th St.
Cleveland, OH 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: phruby@dsb-law.com

CERTIFICATE OF SERVICE

I certify that on March 28, 2014, a true and correct copy of the foregoing Motion for Turnover was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

United States Trustee, at (registered address@doj.gov)
Stephen D. Hobt, on behalf of the Debtor, at shobt@aol.com

/s/ Patrick A. Hruby
Patrick A. Hruby (#0085107)
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, Ohio 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: phruby@dsb-law.com